UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-453 (MJD/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **GOVERNMENT'S MOTION** |
| | ) **FOR EXTENSION OF TIME TO** |
| DAMIEN ALLEN RAMSEY, | ) **FILE RESPONSE** |
| Defendant. | ) |

The government respectfully moves this Court for an order extending the time to file its response to defendant Damien Allen Ramsey's Pre Trial Motions. The government's response is due on February 12, 2026. ECF No. 21. The parties are actively negotiating potential resolutions regarding this case. Additionally, the undersigned attorney has adopted caseloads from recently departed AUSAs and requires additional time to adequately respond to the defendant's motions. The government has conferred with defense counsel, and the defendant does not object to this request. Therefore, the government respectfully requests an extension to file its response by Thursday, February 19, 2026.

Dated: February 12, 2026          Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Albania Concepcion*
BY: ALBANIA CONCEPCION
Assistant U.S. Attorney